```
CASE: 1:11-cv-00101

DETAILS: Case transferred from Texas Western
has been opened in California Northern District
as case 5:13-cv-00160, filed 01/15/2013.
```